SLIP OPINION



# SUPREME COURT OF ARKANSAS

No. CR-13-872

| | | |
|---|---|---|
| DON AIRSMAN, JR. | | **Opinion Delivered** October 31, 2013 |
| | APPELLANT | |
| V. | | MOTION TO BE RELIEVED AND FOR APPOINTMENT OF COUNSEL ON APPEAL |
| STATE OF ARKANSAS | | |
| | APPELLEE | MOTION GRANTED. |

## PER CURIAM

Appellant Don Airsman, Jr., was convicted of first-degree murder and was sentenced to a term of life imprisonment plus fifteen years. The circuit court entered a judgment and commitment order on March 29, 2013. He then filed a timely notice of appeal on April 9, 2013. An appeal from that judgment was lodged with this court on October 3, 2013. Appellant is represented on appeal by Danny P. Rodgers, a full-time public defender. Mr. Rodgers now asks that he be relieved as counsel on the ground that he is ineligible for compensation for services as appellate counsel.

Arkansas Code Annotated section 19-4-1604(b)(2)(B) (Repl. 2007) provides that persons employed as full-time public defenders who are not provided a state-funded secretary are eligible to seek compensation for appellate work. Counsel here affirms that he is a full-time public defender with a full-time, state-funded secretary. Under these circumstances, he is not entitled to be paid for services in this appeal, and his request to be relieved is well-founded. *See Rhodes v. State*, 2009 Ark. 138, 297 S.W.3d 551 (per curiam).

Therefore, we grant Mr. Rodgers's motion to be relieved, and we appoint attorney Camille Edmison–Wilhelmi to represent the appellant. Our clerk is directed to set a new briefing schedule for the appeal.

Motion granted.

*Danny P. Rodgers*, for appellant.

No response.